**In re CBI HOLDING CO., INC., Debtor,**

Bankruptcy Services, Inc., Plaintiff–
Appellant–Cross–Appellee,

v.

Ernst & Young, Ernst & Young LLP,
Defendants–Appellees–Cross–
Appellants.

Docket Nos. 04–5972–BK(L),
04–6300–BK(XAP).

United States Court of Appeals,
Second Circuit.

Argued: Sept. 19, 2005.

Decided: Sept. 26, 2005.

Jay G. Strum, (Arthur Steinberg, Rob-
ert B. Bernstein, Elisabeth C. Kahn on the

brief), Kaye Scholer L.L.P., New York,
New York for Plaintiff–Appellant–Cross–
Appellee.

Andrew L. Frey, Mayer, Brown, Rowe
& Maw L.L.P. (Richard F. Broude, Rich-
ard F. Broude, P.C., Irwin J. Sugarman
and Harry S. Davis, Schulte Roth & Zabel
L.L.P., Sanford J. Weisburst, Mayer,
Brown, Rowe & Maw L.L.P., on the brief),
New York, New York for Defendants–Ap-
pellees–Cross–Appellants.

Before: WINTER, Circuit Judge.

WINTER, Circuit Judge.

I read the following in open court just
before the oral argument in this matter.

For the record, I had a conversation in
the late spring of 2000 with a member of
one of the law firms representing a party
in this matter. The conversation con-
cerned my intentions to continue serving
as a federal judge after going on senior
status in the fall of that year. I was
informed that if I was considering retire-
ment, the firm would be interested in dis-
cussing employment. The discussion was
in extremely general terms, and no negoti-
ations involving any particular status with-
in the firm or compensation took place.
Several days later I informed the firm that
I expected to continue serving as a federal
judge. There has been no further contact.

The relevant opinion of the United
States Judicial Conference's Committee on
Codes of Conduct, as stated in its compen-
dium of selected opinions, states:

> It is permissible for a judge who is
> considering leaving the bench, to explore
> future employment possibilities with law
> firms, on a private, dignified, basis. The
> judge must, of course, recuse from all
> cases handled by any such law firm dur-
> ing any such negotiations, and for a
> reasonable period after the negotiations
> terminate (the exact length of time de-

pending upon the nature of the discussions, the reasons for termination, etc.).

Judicial Conference of the United States, Committee on Code of Conduct for United States Judges, Compendium of Selected Opinions, § 2.5 (2003).

Applying this standard, I believe it clear that I am not recused in this matter. Five years have passed, and discussions were of a very general nature. I have therefore decided that I am not recused.